

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00889-CV

Jose M. **PELAYO**,
Appellant

v.

Adriana C. **PELAYO**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2013CVG000070 C1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice

Delivered and Filed:  January 8, 2014

DISMISSED

   The appellant has filed a letter with this court stating he wishes to withdraw his appeal.

We grant the requested relief and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM